UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-mj-8088-BER

UNITED STATES OF AMERICA

v.

KEDANE ORSEL MENGESHA MCGHEE,

    **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  No

    Respectfully submitted,

    JASON A READING QUIŇONES
    UNITED STATES ATTORNEY

By: *Adam C. McMichael*
    Adam C. McMichael
    Assistant United States Attorney
    Southern District of Florida
    FL Bar No. 0772321
    500 S. Australian Ave, Suite 400
    West Palm Beach, FL 33401
    (561 201-1040
    Adam.mcmichael@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Kedane Orsel Mengesha McGhee | ) Case No. 26-mj-8088-BER |
| Defendant(s) | ) |

### CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 30, 2026__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2) | Attempted Sex Trafficking of a Child |

FILED BY __TM__ D.C.
Feb 1, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_SCOTT J UNGER_ Digitally signed by SCOTT J UNGER Date: 2026.01.31 19:11:46 -05'00'
Complainant's signature

Scott Unger, Special Agent HSI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime.

_Bruce Reinhart_ Digitally signed by Bruce Reinhart Date: 2026.02.01 08:47:07 -05'00'

Date: 2/1/2026

Judge's signature

City and state: West Palm Beach, Florida        Hon. Bruce E. Reinhart, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Scott Unger, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

1. I am a Special Agent with United States Immigration and Customs Enforcement's Homeland Security Investigations ("HSI") and have been so employed since July 2012. Additionally, I am a certified Computer Forensics Agent for HSI, a position that I have held since July 2021. I am currently assigned to the Office of the Assistant-Special-Agent-in-Charge, West Palm Beach, Florida. I am authorized to investigate crimes involving violations of Title 18, Title 8, Title 19, and Title 21 of the United States Code. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training to become a federal agent. Specifically, I have received certification in the Criminal Investigator Training Program and the ICE Special Agent Training Program, and the Department of Homeland Security Basic Computer Evidence Recovery Training,

2. This affidavit is submitted in support of a criminal complaint and arrest warrant charging **Kedane Orsel Mengesha McGhee** (hereinafter "MCGHEE") with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2).

3. I have participated in investigations of human trafficking, human smuggling, sexual exploitation of children, alien harboring, border violations, drug trafficking, and related offenses. Many of these investigations have had national or international connections, and many required me to work closely and share information and intelligence with members of other federal, state, and local law enforcement agencies. In 2025, I was qualified in the Southern District of Florida as an expert in the area of digital forensics and provided expert testimony.

4.	From my training and experience, I know that individuals are trafficked for several purposes. Some forms of human trafficking involve involuntary servitude, peonage, debt bondage and slavery. Victims are often trafficked by force, fraud, and/or coercion. I am familiar with the federal laws regarding human trafficking, including 18 U.S.C. §§ 1591 and 1594 (Sex Trafficking) and 18 U.S.C. § 2422 (Coercion and Enticement).

5.	This affidavit is based on my firsthand knowledge of the investigation as well as information obtained from other members of law enforcement involved in the investigation. This affidavit does not include every fact known to me about the investigation, but rather only those facts I believe are sufficient to establish probable cause.

## **PROBABLE CAUSE**

6.	Beginning on or about January 2026, law enforcement agents posted an advertisement (the "Advertisement") on a website commonly used to advertise commercial sex acts.[1] The Advertisement indicated that the poster was in the area of West Palm Beach, Florida. The Advertisement contained images of what appeared to be a young female and the following language:

> Petite Hottie *Car Dates* *Incall* *Discreet*
> I AM A WOMAN seeking men
> Fun Size and & Ready 2 Blow ur mind!
> CUM let me please u!
> Addicting Ready 4 Fun
> Available Now!
> No Scams! No Deposits! No Cops!

---

[1] Based on my training and experience, I know that the Internet is a global network of computers, which is a mean and facility of interstate commerce. I also know that the website on which the Advertisement was posted is maintained by an entity that is located outside of the United States, and the advertisements posted on that website are viewable outside of Florida.

2

7. The Advertisement indicated that the person who would perform commercial sex acts was 67 years old.[2] Based upon my training and experience, I know that individuals engaged in the exploitation of children often use letters, words, numbers, symbols and other characters as code words to thwart law enforcement, but to also engage with other child abusers. In this instance, the use of the age 67 was intended by law enforcement to reference a common theme and meme on social media, "Six / Seven" that trended with teenagers and children. The Advertisement also contained a contact phone number (the "Advertisement Number"). Law enforcement agents monitored this line, and an undercover agent ("UC1") used it to communicate with potential sex buyers, including MCGHEE.

8. On or about January 30, 2026, the Advertisement Number received a text message from a phone number ending in 7093 (the "7093 Number") in response to the Advertisement. Thereafter, a text conversation between UC1 and the user of the 7093 Number ensued. UC1 stated that he/she had a minor girl—age 15 years old—available to perform sex acts in exchange for money. MCGHEE, using the 7093 Number, agreed to pay $120 for a quick visit with the fictitious 15-year-old girl. Set forth below are MCGHEE'S text communications with the undercover agents using the 7093 Number.[3]

| Time | Direction | Content |
|---|---|---|
| 03:04:32 PM EST | Incoming | Hey |
| 03:33:35 PM EST | Outgoing | hey babe |
| 06:18:02 PM EST | Incoming | Qv? |
| 06:18:58 PM EST | Outgoing | 120 cuz shes young |

---

[2] Law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and other like it has been used by traffickers to advertise the commercial sex acts of children under the age of 18.

[3] Names and specific locations have been omitted.

| Time | Direction | Content |
| --- | --- | --- |
| 06:19:26 PM EST | Incoming | Age? |
| 06:19:37 PM EST | Outgoing | 15 |
| 06:21:25 PM EST | Incoming | More pictures? |
| 06:22:17 PM EST | Incoming | Incall? |
| 06:31:39 PM EST | Outgoing | no free pics babe but we can video verify |
| 06:47:16 PM EST | Incoming | Ok |
| 06:47:36 PM EST | Incoming | Telegram? |
| 06:49:13 PM EST | Outgoing | ft or whatsap |
| 06:57:06 PM EST | Incoming | U have ft link? |
| 06:57:25 PM EST | Incoming | Like u can send a link for facetime |
| 07:15:40 PM EST | Incoming | Whats the number i can call |
| 07:18:18 PM EST | Outgoing | link to this number? |
| 07:18:22 PM EST | Outgoing | just download whatsap |
| 07:36:53 PM EST | Incoming | Ok |
| 07:37:03 PM EST | Incoming | Im downloading |
| 07:37:15 PM EST | Incoming | But yea u can send the link here |
| 07:40:09 PM EST | Incoming | I made it |
| 07:40:51 PM EST | Outgoing | *******7133 |
| 07:44:16 PM EST | Incoming | 👋 |
| 07:52:00 PM EST | Incoming | No answer |
| 08:03:14 PM EST | Outgoing | [address omitted]  let me know when u r close |
| 08:58:56 PM EST | Incoming | In my car is fine? |
| 09:01:03 PM EST | Outgoing | yea babe |
| 09:07:55 PM EST | Incoming | Im here where do i go |
| 09:09:26 PM EST | Outgoing | [address omitted] |
| 09:16:25 PM EST | Incoming | The convenience store? |
| 09:16:59 PM EST | Outgoing | yea |
| 09:18:29 PM EST | Incoming | Where are you |
| 09:18:36 PM EST | Incoming | U coming? |
| 09:19:15 PM EST | Outgoing | i dont see u |
| 09:22:47 PM EST | Incoming | Im around |
| 09:23:29 PM EST | Outgoing | i can see that parking lot. im not getting robbed again babe |
| 09:27:49 PM EST | Outgoing | shes ready. if ur not thats cool but lets not waste everyones time $ |
| 09:30:34 PM EST | Incoming | Its just kinda sketchy |
| 09:31:24 PM EST | Outgoing | not riskin our lives over a g love |

4

| Time | Direction | Content |
|---|---|---|
| 09:31:38 PM EST | Outgoing | lmk what u wanna do |
| 09:41:06 PM EST | Incoming | Im over there |
| 09:41:56 PM EST | Outgoing | theres 3 cars there i dont see u |
| 09:42:13 PM EST | Outgoing | i need to know you dont have a call full of dude rdy to pull up babe |
| 09:43:50 PM EST | Incoming | No |
| 09:43:56 PM EST | Incoming | Im just a regular dude |
| 09:44:28 PM EST | Outgoing | thats what u say but how can i know that |
| 09:44:43 PM EST | Incoming | I was just over there |
| 09:44:50 PM EST | Incoming | I walked in the store |
| 09:44:58 PM EST | Incoming | But i didn't park there |
| 09:45:13 PM EST | Incoming | I dont see u anyt |
| 09:46:04 PM EST | Outgoing | i can see the store from my trailer |
| 09:46:56 PM EST | Outgoing | where u at now |
| 09:47:33 PM EST | Incoming | The community |
| 09:47:44 PM EST | Incoming | Across the street |
| 09:49:00 PM EST | Outgoing | lol what ur walking in my community randomly? |
| 09:49:53 PM EST | Incoming | I didn't know u where here and im in my car |
| 09:50:31 PM EST | Outgoing | ok go to the pool |
| 09:50:57 PM EST | Outgoing | what r u in ill walk over to u |
| 09:55:16 PM EST | Incoming | Looking for it |
| 09:56:56 PM EST | Outgoing | its by the front |
| 09:58:01 PM EST | Incoming | Like by the office? |
| 09:58:30 PM EST | Outgoing | yea right by the office |

9. In addition to the text messages, WhatsApp video call occurred between UC1 and MCGHEE. The video call was recorded by law enforcement. During the WhatsApp video call, UC1 and MCGHEE agreed to a "quick visit." UC1 told MCGHEE that the girl performing commercial sex acts was 15 years old and that due to her young age, the girl cannot do anal sex, and that MCGHEE cannot hurt the girl, including scratching, biting, bruising. MCGHEE stated "Ok, that's fine, I am a regular pretty chill dude." UC1 asked MCGHEE if he has a condom and MCGHEE stated he could bring one. UC1 also told MCGHEE the girl will do "BBJ," but he must

5

have a condom. Before UC1 could finish her statement, MCGHEE interrupted UC1 and asked if the girl was "clean." UC1 responded that the girl was "clean." UC1 asked MCGHEE if he wanted to see the girl, to which MCGHEE replied "uhh sure." UC2 then appeared on the video call for approximately 10 seconds and conversed briefly with MCGHEE.[4] UC1 reappeared on the video call and asked MCGHEE if it's ok. MCGHEE told UC1 "it's cool" and that they can send him the address where to meet.

10.     MCGHEE arrived at a pre-determined location in the greater West Palm Beach area. MCGHEE was driving a red Honda sedan, that was registered to him.

11.     At approximately 10:00 pm, while MCGHEE was parked at the pre-determined location, UC1 made another video call to MCGHEE. During the second call, MCGHEE verified his identity and vehicle description. After the video call, MCGHEE exited his car, then immediately got back in and pulled out of the parking spot. MCGHEE then repositioned his vehicle in a new parking spot in the same parking lot, so that his vehicle was now backed into a space. Once backed in, MCGHEE exited his vehicle again. It should be noted that the Advertisement indicated the 15-year-old was available for "car dates," indicating that the sexual encounter could occur in a vehicle.

12.     At approximately 10:10 pm, law enforcement officers attempted to approach MCGHEE. MCGHEE got back into his Honda and quickly pulled out of the parking spot. Law enforcement officers in police cars activated their red and blue emergency lights to stop MCGHEE. Rather than comply, MCGHEE evaded law enforcement by rapidly driving through the parking lot of the location, turning onto a main road and then making another right-hand turn onto a side street.

---

[4]     UC2 is an adult that was posing in an undercover capacity as a 15-year-old teenager.

13. After MCGHEE fled the parking lot in his vehicle, he abruptly stopped his vehicle in the middle of the road, obstructing traffic. MCGHEE then abandoned his vehicle and fled on foot. MCGHEE ran from pursuing law enforcement and jumped over a fence which brought him back into the original parking lot from where he attempted to flee. MCGHEE continued running through the parking lot and attempted to hide from law enforcement officers. During his flight, MCGHEE was seen making movements consistent with attempting to discard evidence by throwing something away from his body. MCGHEE was ultimately located in the parking lot and detained.

14. MCGHEE was placed in handcuffs, with his hands behind him, along a fence. While against the fence, MCGHEE was observed by law enforcement reaching behind is body and stuffing items under and behind the fence. After observing his conduct, law enforcement recovered a purple Trojan condom and five (5) twenty-dollar bills from the fence where MCGHEE was located.

15. Law enforcement officers also tracked MCGHEE'S flight path and found an iPhone in the parking lot. Law enforcement called the 7093 Number which MCGHEE had used to communicate with UC1. Once the number was called, law enforcement observed the iPhone found in the parking lot ring. Your affiant later viewed the iPhone that was discarded by MCGHEE while running from the police. I noticed that the iPhone lock screen was visible which indicated that a passcode is required to access the iPhone after restart. Based upon my training and experience, that screen indicated to me that MCGHEE manipulated the iPhone during flight – which may hinder law enforcement from successfully retrieving any evidence of the device's electronic content.

## CONCLUSION

16. Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint and arrest warrant charging Kedane Orsel Mengesha MCGHEE with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1594(a), 1591(a)(1), and 1591(b)(2).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
SCOTT J UNGER
Digitally signed by SCOTT J UNGER
Date: 2026.01.31 19:11:06 -05'00'

Scott Unger, Special Agent
Homeland Security Investigations

Sworn and attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this ___ day of _____ 2026.

_____
Bruce Reinhart
Digitally signed by Bruce Reinhart
Date: 2026.02.01 08:47:46 -05'00'

HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   KEDANE ORSEL MENGESHA MCGHEE

**Case No**:

Count #:

Attempted Sex Trafficking of a Child

18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2)
* **Max. Term of Imprisonment:** life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Minimum 5 years to life term
* **Max. Fine:** $250,000
* **Special Assessment:** $100.00

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.